UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RONALD HONMA, | ) CASE NO. CV 15-3332-PJW |
| Petitioner, | ) |
| | ) J U D G M E N T |
| v. | ) |
| STATE OF CALIFORNIA, | ) |
| Respondent. | ) |

For the reasons set forth in the Memorandum Opinion and Order filed today, the Petition is denied and the action is dismissed with prejudice. Further, the Court concludes that Petitioner is not entitled to a certificate of appealability.

Dated: April 25, 2016

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-State Habeas\HONMA, S 3332\Judgment.wpd